# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

### SUMMONS IN A CRIMINAL CASE

**UNITED STATES OF AMERICA**

**v.**   Case. No.  3:21CR00002

**TAE IL LEE**

 (*please see additional page for personal identifiers*)

**YOU ARE HEREBY SUMMONED** to appear before the United States District Court at the place, date and time set forth below.

| | |
|---|---|
| PLACE: **UNITED STATES DISTRICT COURT**<br>**701 EAST BROAD STREET**<br>**RICHMOND, VIRGINIA 23219** | **COURTROOM:**<br>The Honorable Elizabeth W. Hanes<br>**5400**<br>_____<br>**DATE & TIME:**<br>January 19, 2021 - 2:30 p.m. |

Before: The Honorable David J. Novak, U.S. District Court Judge

To answer a(n):

☐ **Indictment**   ☐ **Superseding Indictment**   ☒ **Criminal Information**   ☐ **Complaint**
☐ **Order of Court**   ☐ **Sealed Order of Court**
☐ **Petition on Supervised Release**   ☐**Petition on Probation**
☐**Violation of Pretrial Release**   ☐**Violation Notice**

Charging you with (please see attached copy of Criminal Information)

**YOU ARE SUMMONED TO APPEAR** for an **Initial, Bond, and Plea Hearing**(**s**) before the Honorable Elizabeth W. Hanes, United States Magistrate Judge, on **January 19, 2021 at 2:30 p.m. in Courtroom 5400.**

<u>**UPON RECEIPT OF THIS SUMMONS, YOU ARE REQUIRED TO CONTACT:**</u>
<u>**UNITED STATES PRETRIAL SERVICES**</u>
<u>**Suite 1150**</u>
<u>**701 East Broad Street**</u>
<u>**Richmond, Virginia 23219**</u>
<u>**(804) 916-2800**</u>

FILE COPY                                                          January 5, 2021
Signature of Issuing Officer                                       Date

S. Beal, Deputy Clerk
Name and Title of Issuing Officer